*Burdine & Small,* for Appellee.

---

John R. Scott, Jr., and Allen Stokes, as Executors of the Last Will and Testament of J. J. Hurd, Deceased, and Westina Trapp and James Trapp, her husband, Lizzie Mays Lattimore and Johnnie Bell Lattimore, infants, Appellants, v. W. B. Sawyer, Appellee.

An Appeal from the Circuit Court for the County of Dade.

Appeal dismissed on motion of counsel for the respective parties.

*R. B. Gautier,* for Appellants;

*Burdine & Barco,* for Appellee.